**Mary HORKAY and John Bode, Appellees, v. THE Steam Tug LEHIGH, Her Engines, etc., Lehigh Valley Railroad Company, Appellant.**

No. 80.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Emery & Pyne, of New York City (Warner Pyne, of New York City, Frank J. Meistrell, of Brooklyn, N. Y., and H. Leslie Barker, of New York City, of counsel), for appellant.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

■

**Philip HURN and Percy Morgan, Jr., Complainants-Appellants, v. Fulton OURSLER, Lowell Brentano, Albert Lewis and Sam H. Harris, Defendants-Appellees.**

No. 33.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Lorenz & Lorenz, of New York City (Joseph Lorenz, of New York City, of counsel), for plaintiff.

Hays, St. John, Abramson & Schulman, of New York City (Arthur Garfield Hays and Alan S. Hays, both of New York City, of counsel), for appellee Oursler.

O'Brien, Malevinsky & Driscoll, of New York City (Arthur F. Driscoll, Benjamin Pepper, and George D. Bradford, all of New York City, of counsel), for appellees Albert Lewis and Sam H. Harris.

Paul N. Turner, of New York City, for appellee Lowell Brentano.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed on the authority of Standard Paint Co. v. Trinidad Asphalt Co., 220 U. S. 446, 31 S. Ct. 456, 55 L. Ed. 536; Ingrassia v. A. C. W. Mfg. Corp., 24 F.(2d) 703 (C. C. A. 2); U. S. Expansion Bolt Co. v. Kroncke Hardware Co., 234 F. 868 (C. C. A. 7).